Howard Holderness, CA Bar No. 169814
MORGAN, LEWIS & BOCKIUS LLP
1 Market Street, Spear Tower, 25th Floor
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)

Charles L. Babcock, IV, TX Bar No. 01479500
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
**(Application for Pro Hac Vice Admission Pending.)**
(713) 752-4200 (Telephone)
(713) 752-4221 (Facsimile)

George L. McWilliams
LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.
TX Bar No. 13877000; AR Bar No. 68078
406 Walnut, P.O. Box 58
Texarkana, ARK-TX 75504-0058
**(Application for Pro Hac Vice Admission Pending.)**
(903) 277-0098 (Telephone)
(870) 773-2967 (Facsimile)

Attorneys for Movants
RICHARD FRENKEL and CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>   Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>   Defendant, Counterclaimant and Third<br>   Party Plaintiff,<br><br>vs.<br><br>SCOTT C. HARRIS,<br>   Third-Party Defendant and<br>   Counterclaimant<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>   Defendant, Counterclaimant, Third<br>   Party Plaintiff and Counterclaim<br>   Defendant | Case No. CV 08-80075 Misc. JF/HRL<br><br>**AMENDED NOTICE OF RICHARD FRENKEL'S MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER AND CISCO SYSTEM INC.'S MOTION TO QUASH AND FOR A PROTECTIVE ORDER** |

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on June 17, 2008, at 10:00 a.m. or as soon thereafter as this case may be heard, in the courtroom of the Magistrate Judge Howard R. Lloyd, United States District Court, Northern District of California, located at 280 South 1st Street, San Jose, California, non-party Richard Frenkel ("Frenkel"), an employee of Cisco Systems, Inc. ("Cisco"), will move pursuant to Federal Rule of Civil Procedure 45 to quash the deposition subpoena served by Illinois Computer Research ("ICR") and Scott C. Harris ("Harris") on Frenkel in a case pending in federal court in Chicago (the "Chicago case") where Fish & Richardson ("Fish") is the defendant and counter-plaintiff, and for a protective order.

Additionally, non-party Cisco will move pursuant to Federal Rule of Civil Procedure 45 to quash the deposition subpoena served by ICR and Harris and for a protective order.

Frenkel's motion and Cisco's motion are based upon this notice of motion and the memorandum of points and authorities and supporting papers filed on April 7, 2008, in this matter.

Dated: April 11, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _/s/ Howard Holderness_
Howard Holderness

Attorneys for Movants
RICHARD FRENKEL
CISCO SYSTEMS, INC.

| | |
|---|---|
| 1 | Howard Holderness, State Bar No. 237923 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 1 Market Street, Spear Tower, 25th Floor |
| | San Francisco, CA 94105 |
| 3 | Tel: 415.442.1000 |
| | Fax: 415.442-1001 |
| 4 | |
| 5 | Charles L. Babcock, IV, TX Bar No. 01479500 |
| | JACKSON WALKER L.L.P. |
| | 1401 McKinney, Suite 1900 |
| 6 | Houston, Texas 77010 |
| | **(Application for Pro Hac Vice Admission Pending.)** |
| 7 | (713) 752-4200 (Telephone) |
| | (713) 752-4221 (Facsimile) |
| 8 | |
| 9 | George L. McWilliams |
| | LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C. |
| | TX Bar No. 13877000; AR Bar No. 68078 |
| 10 | 406 Walnut, P.O. Box 58 |
| | Texarkana, ARK-TX 75504-0058 |
| 11 | **(Application for Pro Hac Vice Admission Pending)** |
| | (903) 277-0098 (Telephone) |
| 12 | (870) 773-2967 (Facsimile) |
| 13 | Attorneys for Movants |
| | RICHARD FRENKEL/CISCO SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC, | | Case No. CV 08-80075 Misc. JF/HRL |
| Plaintiff and Counterclaim Defendant, | | **PROOF OF SERVICE** |
| vs. | | |
| FISH & RICHARDSON P.C., | | |
| Defendant, Counterclaimant and Third Party Plaintiff, | | |
| vs. | | |
| SCOTT C. HARRIS, | | |
| Third Party Defendant and Counterclaimant, | | |
| vs. | | |
| FISH & RICHARDSON P.C.,, | | |
| Defendant, Counterclaimant, Third Party Plaintiff and Counterclaim Defendant. | | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. CV 08-80075 Misc. JF/HRL
PROOF OF SERVICE
1-SF/7688094.1

# CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is One Market St., Spear Tower, San Francisco, CA 94105.

On April 11, 2008 I served on the interested parties in said action the within document(s) as indicated on the attached service list:

**AMENDED NOTICE OF RICHARD FRENKEL'S MOTION TO QUASH SUBPOENA AND PROTECTIVE ORDER AND CISCO SYSTEM INC.'S MOTION TO QUASH AND FOR A PROTECTIVE ORDER**

X   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐   by transmitting **via facsimile** the document(s) listed above on this date.

☐   by causing the documents to be delivered by electronic mail addressed as set forth below.

☐   by causing the documents to be delivered by hand to the offices of the interested parties.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Signed this 11th day of April, 2008, in San Francisco, California.

_Catherine Greenblatt_
Catherine Greenblatt

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

Case No. CV 08-80074 Misc
PROOF OF SERVICE
1-SF/7688094.1

## SERVICE LIST

| | |
|---|---|
| Raymond P. Niro<br>Paul K. Vickrey<br>Richard B. Megley, Jr.<br>Karen L. Blouin<br>Niro, Scavone, Haller & Niro<br>181 West Madison, Suite 4600<br>Chicago, IL 60602<br>(312) 236-0733<br>(312) 236-3137 - Facsimile | **Attorneys for Plaintiff, ILLINOIS COMPUTER RESEARCH, LLC and SCOTT C. HARRIS, Third Party Defendant** |
| David J. Bradford<br>Terrence J. Truax<br>Eric A. Sacks<br>Daniel J. Weiss<br>Jenner & Block, LLP<br>330 North Wabash Avenue<br>Chicago, IL 60611<br>(312) 222-9350<br>(312) 527-0484 – Facsimile | **Attorneys for FISH & RICHARDSON, P.C., Defendant** |
| Charles L. Babcock, IV<br>Jackson Walker<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010 | **Attorneys for Movant CISCO SYSTEMS, INC.** |
| George L. McWilliams<br>Law Offices of George L. McWilliams, P.C.<br>406 Walnut, P.O. Box 58<br>Texarkana, ARK 71854-5219 | **Attorneys for Movant RICHARD FRENKEL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. CV 08-80074 Misc
PROOF OF SERVICE
1-SF/7688094.1