RECEIVED

APR 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

FILED

APR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>  Plaintiff and Counterclaim Defendant,<br><br>  vs.<br><br>FISH & RICHARDSON P.C.,<br>  Defendant, Counterclaimant and Third<br>  Party Plaintiff,<br><br>  vs.<br><br>SCOTT C. HARRIS,<br>  Third-Party Defendant and<br>  Counterclaimant<br><br>  vs.<br><br>FISH & RICHARDSON P.C.,<br>  Defendant, Counterclaimant, Third<br>  Party Plaintiff and Counterclaim<br>  Defendant | Civil Action No. MISC.<br><br>[PROPOSED]<br>**ORDER GRANTING APPLICATION<br>FOR ADMISSION OF GEORGE L.<br>MCWILLIAMS *PRO HAC VICE*** |

CV08 - 80075 MISC.

JF

HRL

George L. McWilliams, an active member in good standing of the bars of the

Supreme Courts of Texas and Arkansas whose business address and telephone number is

Law Office of George L. McWilliams, P.C., 406 Walnut, P.O. Box 58, Texarkana, ARK-

TX 75504-0058, Telephone: (903) 277-0098, having applied in the above-entitled action

for admission to practice in the Northern District of California on a *pro hac vice* basis,

representing Richard Frenkel,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate

appearance *pro hac vice*. Service of papers upon and communication with co-counsel

designated in the application will constitute notice to the party. All future filings in this

action are subject to the requirements contained in General Order No. 45, Electronic Case

Filing.

Dated: 4/14/08

_____

HOWARD R. LLOYD
United States Magistrate Judge
ORDER GRANTING APPLICATION FOR
ADMISSION OF GEORGE L. MCWILLIAMS
*PRO HAC VICE*