RECEIVED
APR 07 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

ILLINOIS COMPUTER RESEARCH, LLC,
  Plaintiff and Counterclaim Defendant,

vs.

FISH & RICHARDSON P.C.,
  Defendant, Counterclaimant and Third Party Plaintiff,

vs.

SCOTT C. HARRIS,
  Third-Party Defendant and Counterclaimant

vs.

FISH & RICHARDSON P.C.,
  Defendant, Counterclaimant, Third Party Plaintiff and Counterclaim Defendant

Civil Action No. MISC.

CV08-80075 MISC
JF
HRL

[PROPOSED]
ORDER GRANTING APPLICATION FOR ADMISSION OF CHARLES L. BABCOCK, IV *PRO HAC VICE*

Charles L. Babcock, IV, an active member in good standing of the bar of the Supreme Court of Texas whose business address and telephone number is Jackson Walker L.L.P., 1401 McKinney, Suite 1900, Houston, Texas 77010, Telephone: (713) 752-4200, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Cisco Systems, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 4/14/08

_____
HOWARD R. LLOYD
United States Magistrate Judge

1-SF/7687995.1                             1.                    ORDER GRANTING APPLICATION FOR
                                                                 ADMISSION OF CHARLES L. BABCOCK, IV
                                                                 *PRO HAC VICE*