**\*E-FILED 4.17.2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH LLC, | No. C08-80074MISC JF (HRL) <br> No. C08-80075MISC JF (HRL) |
| Plaintiff, | **ORDER (1) DENYING ILLINOIS COMPUTER RESEARCH/HARRIS MOTION FOR ORDER SHORTENING TIME RE MOTION TO COMPEL; AND (2) RE-SETTING HEARING ON FRENKEL'S AND CISCO'S MOTIONS TO QUASH AND FOR PROTECTIVE ORDER** |
| v. | |
| FISH & RICHARDSON P.C., | |
| Defendant. | |
| | **[Re: Docket No. 3]** |

On April 7, 2008, Illinois Computer Research LLC ("ICR") and Scott Harris filed a motion to compel discovery of third-party Richard Frenkel in connection with a lawsuit pending in the United States District Court for the Northern District of Illinois. On that same day, Frenkel and third-party Cisco Systems, Inc. ("Cisco") each filed motions to quash the ICR/Harris subpoena or, in the alternative, for a protective order.

Presently before the court is ICR's and Harris' motion for an expedited April 22, 2008 hearing on their motion to compel. Frenkel opposes the request for shortened time. Upon consideration of the papers submitted by the parties, the court orders as follows:

1. The court does not find that an expedited hearing is necessary. Accordingly, the ICR/Harris motion to compel **remains set for hearing, as originally noticed, on May 13,**

1 **2008, 10:00 a.m. in Courtroom 2**.

2     2.     The court finds that it will be more efficient to hear Frenkel's and Cisco's motions at the same time that the ICR/Harris motion is heard. Accordingly, the hearing on Frenkel's and Cisco's motions is **re-set for May 13, 2008, 10:00 a.m. in Courtroom 2**.

5     3.     Briefing on all motions shall proceed in accordance with the court's Civil Local Rules.

SO ORDERED.

Dated: April 17, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-mc-80074 Notice has been electronically mailed to:**

Karen L. Blouin kblouin@nshn.com

Howard Holderness , III hholderness@morganlewis.com, cgreenblatt@morganlewis.com

Mark V. Isola misola@rehonroberts.com

Richard B. Megley rmegley@nshn.com

Raymond P. Niro rniro@nshn.com

Peter Michael Rehon prehon@rehonroberts.com, misola@rehonroberts.com, nwong@rehonroberts.com, tgoodman@rehonroberts.com

David J Sheikh sheikh@nshn.com

Paul K Vickrey vickrey@nshn.com

**5:08-mc-80075 Notice has been electronically mailed to**:

Karen L. Blouin kblouin@nshn.com

David J. Bradford djbradford@jenner.com, docketing@jenner.com, fsattelmayer@jenner.com, jdrury@jenner.com, jgreen@jenner.com, rlevy@jenner.com, thooker@jenner.com

Howard Holderness , III hholderness@morganlewis.com, cgreenblatt@morganlewis.com

Richard B. Megley rmegley@nshn.com

Raymond P. Niro rniro@nshn.com

Eric A. Sacks esacks@jenner.com

Terrence Joseph Truax ttruax@jenner.com

Paul K Vickrey vickrey@nshn.com

Daniel J. Weiss sweiss@jenner.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

3