Peter M. Rehon (SBN 100123)
Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA  95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Raymond P. Niro, Esq.
Paul K. Vickrey, Esq.
David J. Sheikh, Esq.
Richard B. Megley, Jr., Esq.
Karen L. Blouin, Esq.
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733

Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer Research, LLC and Third-Party Defendant/Counterclaimant Scott C. Harris

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br><br>Defendant, Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>SCOTT C. HARRIS,<br><br>Third-Party Defendant and Counterclaimant,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br><br>Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant. | Case No.  CV 08-80075 Misc. JF/HRL<br><br>[Action pending in the United States District Court for the Northern District of Illinois as Case No. 07 C 5081]<br><br>**REQUEST OF ICR AND HARRIS FOR ORDER ALLOWING EXHIBITS TO ICR'S AND HARRIS' RESPONSE TO FRENKEL'S AND CISCO'S MOTIONS TO QUASH ICR'S SUBPOENA FOR DOCUMENTS AND TESTIMONY TO BE FILED UNDER SEAL**<br><br>Date:   May 13, 2008<br>Time:  10:00 a.m.<br>Courtroom 2<br><br>Hon. Magistrate Judge Howard Lloyd |

** CONFIDENTIAL – FILED UNDER SEAL**

1

**REQUEST TO FILE UNDER SEAL**

1  TO THE HONORABLE HOWARD LLOYD:

2  Pursuant to Local Rule 79-5, Illinois Computer Research LLC ("ICR") and Scott C. Harris

3  ("Harris") request entry of an Order allowing them to file under seal the following exhibits to

4  ICR's and Harris' Response to Frenkel's and Cisco's Motions to Quash ICR's Subpoena for

5  Documents and Testimony:

6      (A)    Exhibit C - Deposition Transcript of Katherine Lutton;

7      (B)    Exhibit D - Deposition Transcript of Peter Devlin;

8      (C)    Exhibit E - Letter from Fish & Richardson P.C. to Scott Harris regarding

9  Mr. Harris' capital contribution;

10     (D)    Exhibit F - Letter to Michelle Lee of Google from Ray Niro dated August

11 29, 2007.

12 The two deposition transcripts have been designated Confidential by the parties per the

13 Stipulated Protective Order entered on December 7, 2007 in Case No. 07 C 5081 filed in the

14 Northern District of Illinois. The two letters are designated Confidential in compliance with the

15 Stipulated Protective Order which allows the Confidential designation for highly sensitive

16 information.

17 \\\
18 \\\
19 \\\
20 \\\
21 \\\
22 \\\
23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28 \\\

**REQUEST TO FILE UNDER SEAL**

WHEREFORE, ICR and Harris request entry of an Order allowing them to file the four (4) above-referenced exhibits under seal.

DATED: April 22, 2008

REHON & ROBERTS
A Professional Corporation

By:    Mark V. Isola   /s/
      Peter M. Rehon
      Mark V. Isola
      Attorneys for Plaintiff and Counterclaim Defendants ILLINOIS COMPUTER RESEARCH, LLC and Third-Party Defendant and Counterclaim SCOTT C. HARRIS

Raymond P. Niro
Paul K. Vickrey
David J. Sheikh
Richard B. Megley, Jr.
Karen L. Blouin
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Plaintiff and Counterclaim Defendants ILLINOIS COMPUTER RESEARCH, LLC and Third-Party Defendant and Counterclaim SCOTT C. HARRIS

**REQUEST TO FILE UNDER SEAL**