1    Peter M. Rehon (SBN 100123)
     Mark V. Isola (SBN 154614)
2    REHON & ROBERTS
     A Professional Corporation
3    Ten Almaden Blvd., Suite 550
     San Jose, CA  95113-2238
4    Telephone: (408) 494-0900
     Facsimile: (408) 494-0909
5
     Raymond P. Niro, Esq.
6    Paul K. Vickrey, Esq.
     David J. Sheikh, Esq.
7    Richard B. Megley, Jr., Esq.
     Karen L. Blouin, Esq.
8    NIRO, SCAVONE, HALLER & NIRO
     181 W. Madison St., Suite 4600
9    Chicago, IL 60602
     Telephone: (312) 236-0733
10
     Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer
11   Research, LLC and Third-Party Defendant/Counterclaimant Scott C. Harris

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        (San Jose Division)

15   ILLINOIS COMPUTER RESEARCH, LLC,        Case No. CV08-80075 MISC.

16          Plaintiff and Counterclaim Defendant,    [Action pending in the United States District
                                                     Court for the Northern District of Illinois as
17          v.                                       Case No. 07 C 5081]

18   FISH & RICHARDSON P.C.,                  **[PROPOSED] ORDER GRANTING
                                              REQUEST OF ICR AND HARRIS FOR
19          Defendant, Counterclaimant and Third-    ORDER ALLOWING EXHIBITS TO
            Party Plaintiff,                  ICR'S AND HARRIS' RESPONSE TO
20                                            FRENKEL'S AND CISCO'S MOTIONS
            v.                                TO QUASH ICR'S SUBPOENA FOR
21                                            DOCUMENTS AND TESTIMONY TO
     SCOTT C. HARRIS,                         BE FILED UNDER SEAL**
22
            Third-Party Defendant and
23          Counterclaimant,

24          v.

25   FISH & RICHARDSON P.C.,

26          Defendant, Counterclaimant, Third-
            Party Plaintiff and Counterclaim
27          Defendant.

28

                                    1

**[PROPOSED] ORDER**

Based upon the Request of Illinois Computer Research and Scott Harris for an Order to allow the filing of documents under seal:

IT IS HEREBY ORDERED THAT THE REQUEST IS GRANTED, and that the following documents shall be filed under seal:

      (A)    Exhibit C - Deposition Transcript of Katherine Lutton;

      (B)    Exhibit D - Deposition Transcript of Peter Devlin;

      (C)    Exhibit E - Letter from Fish & Richardson P.C. to Scott Harris regarding Mr. Harris= capital contribution;

      (D)    Exhibit F - Letter to Michelle Lee of Google from Ray Niro dated August 29, 2007.

Dated: April ___, 2008

                                      _____
HONORABLE MAGISTRATE JUDGE
HOWARD LLOYD

Order_seal.doc

**[PROPOSED] ORDER**