Howard Holderness, CA Bar No. 169814
MORGAN, LEWIS & BOCKIUS LLP
1 Market Street, Spear Tower, 25th Floor
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)

Charles L. Babcock, IV, TX Bar No. 01479500
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Admitted Pro Hac Vice
 (713) 752-4200
(713) 752-4221

George L. McWilliams
LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.
TX Bar No. 13877000; AR Bar No. 68078
406 Walnut, P.O. Box 58
Texarkana, ARK-TX 75504-0058
Admitted Pro Hac Vice
(903) 277-0098 (Telephone)
(870) 773-2967 (Facsimile)

Attorneys for Respondent
RICHARD FRENKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>     Plaintiff and Counterclaim Defendant,<br><br>     vs.<br><br>FISH & RICHARDSON P.C.,<br>     Defendant, Counterclaimant and Third<br>     Party Plaintiff,<br><br>     vs.<br><br>SCOTT C. HARRIS,<br>     Third-Party Defendant and<br>     Counterclaimant<br><br>     vs.<br><br>FISH & RICHARDSON P.C.,<br>     Defendant, Counterclaimant, Third<br>     Party Plaintiff and Counterclaim<br>     Defendant | Miscellaneous Action No.<br>CV 5:08-mc-80075-JF (HRL)<br><br>**RICHARD FRENKEL'S NOTICE OF INTENT TO USE EVIDENCE FROM RELATED CASE, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO SUBMIT DECLARATION OF RICHARD FRENKEL FILED ON APRIL 21, 2008 IN N.D. CAL. CASE 5:08-MC-80074-JF-HRL (DOCKET NO. 16)**<br><br>Hearing Date:   May 13, 2008<br>Time:                10:00 a.m.<br>Courtroom:        2<br><br>Hon. Magistrate Judge Howard Lloyd |

RICHARD FRENKEL'S NOTICE OF INTENT TO USE EVIDENCE FROM
RELATED CASE, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO
SUBMIT DECLARATION OF RICHARD FRENKEL FILED ON APRIL 21,
2008 IN N.D. CAL. CASE 5:08-MC-80074-JF-HRL (DOCKET NO. 16)

Richard Frenkel ("Frenkel"), a non-party to the underlying case,[1] hereby gives notice that he intends to rely upon the declaration he filed in opposition to the Motion Under Fed.R.Civ.P. 45 of Illinois Computer Research LLC and Scott C. Harris to Compel Richard Frenkel's Deposition and Document Production in April 2008 ("motion to compel") (N.D. Cal. Case 5:08-mc-80074-JF-HRL, docket no. 16).  To the extent necessary, he requests leave to submit that declaration (N.D. Cal. Case 5:08-mc-80074-JF-HRL, docket no. 16), attached hereto as Exhibit "A," in support of his motion to quash subpoena and for protective order.

On April 7, 2008, Illinois Computer Research LLC and Scott C. Harris (collectively, "Issuers") moved to compel Frenkel to provide testimony and produce documents (N.D. Cal. Case 5:08-mc-80074-JF-HRL, docket no. 1).  Later that same day, Frenkel filed a motion to quash subpoena and for protective order (N.D. Cal. Case 5:08-mc-80075-JF-HRL, docket no. 1). On April 21, 2008, Frenkel filed his response to Issuers' motion to compel (N.D. Cal. Case 5:08-mc-80074-JF-HRL, docket no. 15).  On that same day, Issuers withdrew their motion to compel (N.D. Cal. Case 5:08-mc-80074-JF-HRL, docket no. 14), and the following day filed their response to Frenkel's motion to quash subpoena and for protective order (N.D. Cal. Case 5:08-mc-80075-JF-HRL, docket no. 21), taking the position that Frenkel is precluded from introducing anymore evidence in support of his motion to quash subpoena and for protective order.  Response to Mot. to Quash pp. 9-10.

We ask the Court to take notice of the related proceeding (N.D. Cal. Case 5:08-mc-80074-JF-HRL) and the substantial effort Frenkel took to provide a full response to the

---

[1] *Illinois Computer Research LLC v. Fish & Richardson, P.C.*, pending in the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 07 C 5081.

1

RICHARD FRENKEL'S NOTICE OF INTENT TO USE EVIDENCE FROM RELATED CASE, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO SUBMIT DECLARATION OF RICHARD FRENKEL FILED ON APRIL 21, 2008 IN N.D. CAL. CASE 5:08-MC-80074-JF-HRL (DOCKET NO. 16)

Court. Issuers' withdrawal of the motion to compel means that the Court will not be able to decide Frenkel's motion to quash subpoena and for protective order on a complete record unless it references Frenkel's declaration filed in response to the motion to compel.

We do not know why the issuers raced to file their motion to compel and then, without notice to Frenkel's counsel, withdrew it on the date his response was due. Whatever their motivation, the effect of the withdrawal will preclude a full factual understanding of the issues if the Court sustains Issuers' objection to Frenkel supplementing the record.

We are providing this notice as soon as practicable for the court and for opposing counsel. N.D. Cal. Civil L.R. 7-3(c) ("The reply may include affidavits or declarations, as well as a supplemental brief or memorandum under Civil L.R. 7-4. …").[2]

Wherefore, premises considered, Richard Frenkel hereby provides notice to the Court and to opposing counsel that he intends to rely upon the declaration he filed in opposition to Issuers' motion to compel, or in the alternative, respectfully requests that the Court grant leave to allow him to file his supplemental declaration in support of his motion to quash subpoena and for protective order.

---

[2] Once we have had an opportunity to fully digest the Issuers' voluminous response to the motions to quash subpoena and for protective order, Frenkel reserves the right to add a supplemental declaration and attach it to his reply, which is due on April 29, 2008.

2

RICHARD FRENKEL'S NOTICE OF INTENT TO USE EVIDENCE FROM RELATED CASE, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO SUBMIT DECLARATION OF RICHARD FRENKEL FILED ON APRIL 21, 2008 IN N.D. CAL. CASE 5:08-MC-80074-JF-HRL (DOCKET NO. 16)

| | | |
|---|---|---|
| 1 | Dated: April 24, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | By  /s/ Howard Holderness |
| 3 | |     Howard Holderness |
| 4 | | Attorneys for Respondent |
| | | RICHARD FRENKEL |
| 5 | | |
| 6 | Dated: April 24, 2008 | JACKSON WALKER L.L.P. |
| 7 | | By  /s/ Charles L. Babcock |
| 8 | |     Charles L. Babcock |
| 9 | | Attorneys for Respondent |
| | | RICHARD FRENKEL |
| 10 | | |
| 11 | Dated: April 24, 2008 | LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C. |
| 12 | | |
| 13 | | By  /s/ George L. McWilliams |
| | |     George L. McWilliams |
| 14 | | Attorneys for Respondent |
| | | RICHARD FRENKEL |

3

RICHARD FRENKEL'S NOTICE OF INTENT TO USE EVIDENCE FROM RELATED CASE, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO SUBMIT DECLARATION OF RICHARD FRENKEL FILED ON APRIL 21, 2008 IN N.D. CAL. CASE 5:08-MC-80074-JF-HRL (DOCKET NO. 16)

Howard Holderness, CA Bar No. 169814
MORGAN, LEWIS & BOCKIUS LLP
1 Market Street, Spear Tower, 25th Floor
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)

Charles L. Babcock, IV, TX Bar No. 01479500
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Admitted Pro Hac Vice
(713) 752-4200 (Telephone)
(713) 752-4221 (Facsimile)

George L. McWilliams
LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.
TX Bar No. 13877000; AR Bar No. 68078
406 Walnut, P.O. Box 58
Texarkana, ARK-TX 75504-0058
Admitted Pro Hac Vice
(903) 277-0098 (Telephone)
(870) 773-2967 (Facsimile)

Attorneys for Respondent
RICHARD FRENKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>    Plaintiff and Counterclaim Defendant, | Miscellaneous Action No.<br>CV 5:08-mc-80074-JF (HRL) |
| vs. | **PROOF OF SERVICE** |
| FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant and Third<br>    Party Plaintiff, | |
| vs. | |
| SCOTT C. HARRIS,<br>    Third-Party Defendant and<br>    Counterclaimant | |
| vs. | |
| FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant, Third<br>    Party Plaintiff and Counterclaim<br>    Defendant | |

1   PROOF OF SERVICE

## CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is One Market St., Spear Tower, San Francisco, CA 94105.

On April 24, 2008, I served on the interested parties in said action the within document(s) as indicated on the attached service list:

**RICHARD FRENKEL'S NOTICE OF INTENT TO USE EVIDENCE FROM RELATED CASE, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO SUBMIT DECLARATION OF RICHARD FRENKEL FILED ON APRIL 21, 2008 IN N.D. CAL. CASE 5:08-MC-80074-JF-HRL (DOCKET NO. 16)**

☐ (Via Facsimile) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ (Via U.S. Mail) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ (Via Overnight Delivery—Federal Express) by placing the document(s) listed above in a sealed **Federal Express** envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **Federal Express** agent for overnight delivery.

☐ (Via Hand Delivery—Attorney Service) by personally delivering, through an authorized courier/attorney service, the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by **e-mailing** the document(s) listed above to the addressee(s) noted below.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Signed April 24, 2008, in San Francisco, California.

_____/s/_____
Dolores M. Rivera

2    PROOF OF SERVICE

# SERVICE LIST

| | |
|---|---|
| Raymond P. Niro<br>Paul K. Vickrey<br>Richard B. Megley, Jr.<br>Karen L. Blouin<br>Niro, Scavone, Haller & Niro<br>181 West Madison, Suite 4600<br>Chicago, IL 60602<br>(312) 236-0733<br>(312) 236-3137 - Facsimile | **Attorneys for Plaintiff, ILLINOIS COMPUTER RESEARCH, LLC and SCOTT C. HARRIS, Third Party Defendant** |
| Peter M. Rehon<br>Mark V. Isola<br>Rehon & Roberts<br>Ten Almaden Blvd., Suite 550<br>San Jose, CA 95113-2238<br>(408) 494-0900<br>(408) 494-0909 – Facsimile | **Attorneys for Plaintiff, ILLINOIS COMPUTER RESEARCH, LLC and SCOTT C. HARRIS, Third Party Defendant** |
| David J. Bradford<br>Terrence J. Truax<br>Eric A. Sacks<br>Daniel J. Weiss<br>Jenner & Block, LLP<br>330 North Wabash Avenue<br>Chicago, IL 60611<br>(312) 222-9350<br>(312) 527-0484 – Facsimile | **Attorneys for FISH & RICHARDSON, P.C., Defendant** |
| Charles L. Babcock, IV<br>Jackson Walker<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010 | **Attorneys for Non-Party CISCO SYSTEMS, INC.** |
| George L. McWilliams<br>Law Offices of George L. McWilliams, P.C.<br>406 Walnut, P.O. Box 58<br>Texarkana, ARK 71854-5219 | **Attorneys for Non-Party RICHARD FRENKEL** |

5091060v.2

3   PROOF OF SERVICE