1 | Peter M. Rehon (SBN 100123)
  | Mark V. Isola (SBN 154614)
2 | REHON & ROBERTS
  | A Professional Corporation
3 | Ten Almaden Blvd., Suite 550
  | San Jose, CA  95113-2238
4 | Telephone: (408) 494-0900
  | Facsimile: (408) 494-0909
5 |
  | Raymond P. Niro, Esq.
6 | Paul K. Vickrey, Esq.
  | David J. Sheikh, Esq.
7 | Richard B. Megley, Jr., Esq.
  | Karen L. Blouin, Esq.
8 | NIRO, SCAVONE, HALLER & NIRO
  | 181 W. Madison St., Suite 4600
9 | Chicago, IL 60602
  | Telephone: (312) 236-0733
10|
  | Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer
11| Research, LLC and Third-Party Defendant/Counterclaimant Scott C. Harris

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| ILLINOIS COMPUTER RESEARCH, LLC, | Case No.  CV08-80075 MISC. |
|---|---|
| Plaintiff and Counterclaim Defendant, | [Action pending in the United States District Court for the Northern District of Illinois as Case No. 07 C 5081] |
| v. | |
| FISH & RICHARDSON P.C., | PROOF OF SERVICE |
| Defendant, Counterclaimant and Third-Party Plaintiff, | |
| v. | |
| SCOTT C. HARRIS, | |
| Third-Party Defendant and Counterclaimant, | |
| v. | |
| FISH & RICHARDSON P.C., | |
| Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant. | |

1

042808.doc

**PROOF OF SERVICE**

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within cause; that I am employed in Santa Clara County and my business address is *Rehon & Roberts, Ten Almaden Boulevard, Suite 550, San Jose, CA 95113*.

On April 28, 2008, I served the following documents by the method(s) below:

**DECLARATION OF KAREN L. BLOUIN (WITH COMPLETE AND UNSEALED EXHIBITS A THROUGH V)**

☐ by transmitting via facsimile on this date from fax number (408) 494-0909 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete without error.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ By electronically transmitting document(s) above to parties as set forth below.

| | |
|---|---|
| **David J. Bradford, Esq.**<br>**Jenner & Block LLP**<br>**330 N. Wabash Avenue**<br>**Chicago, IL 60611-7603** | Attorneys for Fish & Richardson, P.C.<br>*(email: dbradford@jenner.com)* |
| **Howard Holderness, Esq.**<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>**1 Market Street, Spear Tower, 25th Floor**<br>**San Francisco, CA 94105** | Attorneys for Richard Frenkel and Cisco Systems, Inc.<br>*(email: hholderness@morganlewis.com)* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 28, 2008, at San Jose, California.

                                                                Nancy Wong  /s/
                                                                 NANCY WONG

042808.doc

**PROOF OF SERVICE**