```
 1 │ Peter M. Rehon (SBN 100123)
   │ Mark V. Isola (SBN 154614)
 2 │ REHON & ROBERTS
   │ A Professional Corporation
 3 │ Ten Almaden Blvd., Suite 550
   │ San Jose, CA 95113-2238
 4 │ Telephone: (408) 494-0900
   │ Facsimile: (408) 494-0909
 5 │
   │ Raymond P. Niro, Esq.
 6 │ Paul K. Vickrey, Esq.
   │ David J. Sheikh, Esq.
 7 │ Richard B. Megley, Jr., Esq.
   │ Karen L. Blouin, Esq.
 8 │ NIRO, SCAVONE, HALLER & NIRO
   │ 181 W. Madison St., Suite 4600
 9 │ Chicago, IL 60602
   │ Telephone: (312) 236-0733
10 │ Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer Research,
   │ LLC and Third-Party Defendant/Counterclaimant Scott C. Harris
```

**FILED**

2008 APR 29 A 11: 06

RICHARD W. WIEKING,
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>FISH & RICHARDSON P.C.,<br><br>    Defendant, Counterclaimant and Third-Party Plaintiff,<br><br>    v.<br><br>SCOTT C. HARRIS,<br><br>    Third-Party Defendant and Counterclaimant,<br><br>    v.<br><br>FISH & RICHARDSON P.C.,<br><br>    Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant. | Miscellaneous Action No.<br>CV 5:08-mc-80075-JF (HRL)<br><br>[Action pending in the United States District Court for the Northern District of Illinois as Case No. 07 C 5081]<br><br>**APPLICATION OF KAREN L. BLOUIN, A NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

APPLICATION OF KAREN L. BLOUIN, A NON-RESIDENT ATTORNEY TO APPEAR

1

ORIGINAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Karen L. Blouin, hereby apply to the court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of Illinois Computer Research, LLC, Plaintiff and Counterclaim Defendant, and Scott C. Harris, Third-Party Defendant and Counterclaimant, by whom I have been retained.

My out-of-state business information is as follows:

Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60601
Telephone: 312-236-0733

Email Address:    Blouin@nshn.com
Fax: 312-236-3137

I am a member in good standing and eligible to practice before the following courts:

| Court | Date |
|---|---|
| State of Illinois Supreme | 11-09-06 |
| Western District of Michigan | 10-24-07 |
| District of Nebraska | 9-24-07 |
| Central District of California | 8-13-07 |
| Nevada | 2-23-07 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have not concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court.

No *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court.

I designate Mark V. Isola as local counsel, whose business information is as follows:

Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA 95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

who is a member in good standing of the Bar of this Court and maintains an office in the Northern District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

APPLICATION OF KAREN L. BLOUIN, A NON-RESIDENT ATTORNEY TO APPEAR

2

1  I declare under penalty of perjury that the foregoing is true and correct and that I am
2  familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ.P., and F.R.Crim.P., and the
3  F.R. Evidence.

4  
5  Dated: April 25, 2008                                  _____
                                                          Karen L. Blouin
6  

7  I hereby consent to the foregoing designation as local counsel.

8  Dated: April 29, 2008
9                                                         _____
                                                          Mark V. Isola (SBN 154614)
10                                                        REHON & ROBERTS
                                                          A Professional Corporation
11                                                        Ten Almaden Blvd., Suite 550
                                                          San Jose, CA 95113-2238
12                                                        Telephone: (408) 494-0900
                                                          Facsimile: (408) 494-0909
13  

14  
                                                          Attorneys for Plaintiff and Counterclaim Defendants
15                                                        ILLINOIS COMPUTER RESEARCH, LLC and
                                                          Third-Party Defendant and Counterclaim SCOTT C.
16                                                        HARRIS

17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003055
Cashier ID: harwellt
Transaction Date: 04/29/2008
Payer Name: Rehon and Roberts APC
-----------------------------------
PRO HAC VICE
 For: Paul K. Vickrey
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Karen L. Blouin
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Richard B. Megley, Jr.
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 4557
 Amt Tendered:   $630.00
-----------------------------------
Total Due:       $630.00
Total Tendered:  $630.00
Change Amt:      $0.00

Case # 08-80075-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```