```
 1  Peter M. Rehon (SBN 100123)
    Mark V. Isola (SBN 154614)
 2  REHON & ROBERTS
    A Professional Corporation
 3  Ten Almaden Blvd., Suite 550
    San Jose, CA 95113-2238
 4  Telephone: (408) 494-0900
    Facsimile: (408) 494-0909
 5
    Raymond P. Niro, Esq.
 6  Paul K. Vickrey, Esq.
    David J. Sheikh, Esq.
 7  Richard B. Megley, Jr., Esq.
    Karen L. Blouin, Esq.
 8  NIRO, SCAVONE, HALLER & NIRO
    181 W. Madison St., Suite 4600
 9  Chicago, IL 60602
    Telephone: (312) 236-0733
10  Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer Research,
    LLC and Third-Party Defendant/Counterclaimant Scott C. Harris
11
```

**RECEIVED**
2008 APR 29 AM 11: 05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br><br>   Defendant, Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>SCOTT C. HARRIS,<br><br>   Third-Party Defendant and Counterclaimant,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br><br>   Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant. | Miscellaneous Action No.<br>CV 5:08-mc-80075-JF (HRL)<br><br>[Action pending in the United States District Court for the Northern District of Illinois as Case No. 07 C 5081]<br><br>**ORDER GRANTING KAREN L. BLOUIN'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

**PROPOSED ORDER**

1

1  Karen L. Blouin, an active member in good standing of the bar of Illinois, whose business address and telephone number are 181 West Madison Street, Suite 4600, Chicago, Illinois 60601, (312) 236-0733, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Illinois Computer Research, LLC, Plaintiff and Counterclaim defendant and Scott C. Harris, Third-Party-Defendant and Counterclaimant.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

Dated: April ___, 2008

_____
HONORABLE MAGISTRATE JUDGE
HOWARD LLOYD

**PROPOSED ORDER**