1  Peter M. Rehon (SBN 100123)
   Mark V. Isola (SBN 154614)
2  REHON & ROBERTS
   A Professional Corporation
3  Ten Almaden Blvd., Suite 550
   San Jose, CA 95113-2238
4  Telephone: (408) 494-0900
   Facsimile: (408) 494-0909
5
   Raymond P. Niro, Esq.
6  Paul K. Vickrey, Esq.
   David J. Sheikh, Esq.
7  Richard B. Megley, Jr., Esq.
   Karen L. Blouin, Esq.
8  NIRO, SCAVONE, HALLER & NIRO
   181 W. Madison St., Suite 4600
9  Chicago, IL 60602
   Telephone: (312) 236-0733
10 Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer Research,
   LLC and Third-Party Defendant/Counterclaimant Scott C. Harris
11

FILED

2008 APR 29 A 11: 06

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    (San Jose Division)

| | |
|---|---|
| 15  ILLINOIS COMPUTER RESEARCH, LLC,<br>16      Plaintiff and Counterclaim Defendant,<br>17  v.<br>18  FISH & RICHARDSON P.C.,<br>19      Defendant, Counterclaimant and Third-Party Plaintiff,<br>20<br>21  v.<br>22  SCOTT C. HARRIS,<br>23      Third-Party Defendant and Counterclaimant,<br>24  v.<br>25  FISH & RICHARDSON P.C.,<br>26      Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant. | Miscellaneous Action No.<br>CV 5:08-mc-80075-JF (HRL)<br><br>[Action pending in the United States District Court for the Northern District of Illinois as Case No. 07 C 5081]<br><br>**APPLICATION OF RICHARD B. MEGLEY, JR., A NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br><br>Date:<br>Time:<br>Courtroom:<br><br>Hon. Magistrate Judge Howard Lloyd |

ORIGINAL

APPLICATION OF RICHARD B. MEGLEY, JR.,         1
A NON-RESIDENT ATTORNEY TO APPEAR

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      I, Richard B. Megley, Jr., hereby apply to the court under Local Rule 83-2.8.2 for

3  permission to appear and participate in the above-entitled action on behalf of Illinois Computer

4  Research, LLC, Plaintiff and Counterclaim Defendant, and Scott C. Harris, Third-Party

5  Defendant and counterclaimant, by whom I have been retained.

6      My out-of-state business information is as follows:
Niro, Scavone, Haller & Niro
7  181 West Madison Street, Suite 4600
Chicago, Illinois 60601    Email Address: megleyjr@nshn.com
8  Telephone: 312-236-0733    Fax: 312-236-3137

9      I am a member in good standing and eligible to practice before the following courts:

10

11  Supreme Court of Illinois    1995
U.S.D.C., Northern District of Illinois    1995
U.S.D.C., Eastern District of Wisconsin    1998
12  U.S.D.C., Western District of Wisconsin    9/2/2005
U.S.C.A., Federal Circuit    4/21/2000
13  U.S. Supreme Court    10/09/2007

14      I am not a resident of, nor am I regularly employed, engaged in business, professional or

15  other activities in the State of California. I am not currently suspended or disbarred in any court.

16      I have not concurrently, or within three (3) years of this application, made *Pro Hac Vice*

17  applications to this court.

18      No *Pro Hac Vice* applications submitted within three (3) years of this application have

19  been denied by the Court.

20      I designate Mark V. Isola as local counsel, whose business information is as follows:

21      Mark V. Isola (SBN 154614)
REHON & ROBERTS
22  A Professional Corporation
Ten Almaden Blvd., Suite 550
23  San Jose, CA 95113-2238
Telephone: (408) 494-0900
24  Facsimile: (408) 494-0909

25  who is a member in good standing of the Bar of this Court and maintains an office in the Northern

26  District of California for the practice of law, as the attorney with whom the Court and opposing

27  counsel may readily communicate regarding the conduct of this case, and upon whom papers may

28  be served.

APPLICATION OF RICHARD B. MEGLEY, JR.,    2
A NON-RESIDENT ATTORNEY TO APPEAR

1  I declare under penalty of perjury that the foregoing is true and correct and that I am
2  familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ.P., and F.R.Crim.P., and the
3  F.R. Evidence.

Dated: April 25, 2008

_____
Richard B. Megley, Jr.

I hereby consent to the foregoing designation as local counsel.

Dated: April 29, 2008

_____
Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA 95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Attorneys for Plaintiff and Counterclaim Defendants ILLINOIS COMPUTER RESEARCH, LLC and Third-Party Defendant and Counterclaim SCOTT C. HARRIS

APPLICATION OF RICHARD B. MEGLEY, JR.,
A NON-RESIDENT ATTORNEY TO APPEAR             3

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003055
Cashier ID: harwellt
Transaction Date: 04/29/2008
Payer Name: Rehon and Roberts APC
------------------------------------
PRO HAC VICE
 For: Paul K. Vickrey
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Karen L. Blouin
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Richard B. Megley, Jr.
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 4557
 Amt Tendered:  $630.00
------------------------------------
Total Due:      $630.00
Total Tendered: $630.00
Change Amt:     $0.00

Case # 08-80075-JF

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```