Peter M. Rehon (SBN 100123)
Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA 95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Raymond P. Niro, Esq.
Paul K. Vickrey, Esq.
David J. Sheikh, Esq.
Richard B. Megley, Jr., Esq.
Karen L. Blouin, Esq.
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer Research, LLC and Third-Party Defendant/Counterclaimant Scott C. Harris

FILED
2008 APR 29 A 11: 06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br><br>   Defendant, Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>SCOTT C. HARRIS,<br><br>   Third-Party Defendant and Counterclaimant,<br><br>v.<br><br>FISH & RICHARDSON P.C.,<br><br>   Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant. | Case No. CV08-80075 MISC.<br>[Action pending in the United States District Court for the Northern District of Illinois as Case No. 07 C 5081]<br><br>**APPLICATION OF PAUL K. VICKREY, A NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br><br>Date:<br>Time:<br>Courtroom:<br><br>Hon. Magistrate Judge Howard Lloyd |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

APPLICATION OF PAUL K. VICKREY, A        1
NON-RESIDENT ATTORNEY TO APPEAR

1  I, Paul K. Vickrey hereby apply to the court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of Illinois Computer Research, LLC, Plaintiff and Counterclaim Defendant, and Scott C. Harris, Third-Party Defendant and counterclaimant, by whom I have been retained.

My out-of-state business information is as follows:

Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60601
Telephone: 312-236-0733

Email Address: vickrey@nshn.com
Fax: 312-236-3137

I am a member in good standing and eligible to practice before the following courts:

```
Illinois Supreme Court........................................... October 29, 1980
U.S.D.C., Northern District of Illinois ..................December 18, 1980
U.S.D.C., Western District of Michigan.................. January 12, 1995
U.S.D.C., Northern District of Texas (#90393IL) ........ June 13, 1990
U.S.C.A., Sixth Circuit ........................................December 14, 1995
U.S.C.A., Seventh Circuit ......................................August 15, 1986
U.S.C.A., Ninth Circuit................................................April 17, 1987
U.S. Court of Appeals for the Federal Circuit .......December 8, 1998
United States Court of Appeals for the Fourth Circuit... June 5, 2000
U.S.D.C., Eastern District of Wisconsin................... August 22, 2003
```

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have not concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this court.

No *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court.

I designate Mark V. Isola as local counsel, whose business information is as follows:

Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA 95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

who is a member in good standing of the Bar of this Court and maintains an office in the Northern

APPLICATION OF PAUL K. VICKREY, A
NON-RESIDENT ATTORNEY TO APPEAR

2

District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ.P., and F.R.Crim.P., and the F.R. Evidence.

Dated April 25, 2008

Paul K. Vickrey

I hereby consent to the foregoing designation as local counsel.

Dated: April 29, 2008.

Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA 95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Attorneys for Plaintiff and Counterclaim Defendants ILLINOIS COMPUTER RESEARCH, LLC and Third-Party Defendant and Counterclaim SCOTT C. HARRIS

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003055
Cashier ID: harwellt
Transaction Date: 04/29/2008
Payer Name: Rehon and Roberts APC
----------------------------------------
PRO HAC VICE
 For: Paul K. Vickrey
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Karen L. Blouin
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Richard B. Megley, Jr.
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 4557
 Amt Tendered:  $630.00
----------------------------------------
Total Due:       $630.00
Total Tendered:  $630.00
Change Amt:      $0.00

Case # 08-80075-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```