RECEIVED
2008 APR 29 AM 11:06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  Peter M. Rehon (SBN 100123)
   Mark V. Isola (SBN 154614)
2  REHON & ROBERTS
   A Professional Corporation
3  Ten Almaden Blvd., Suite 550
   San Jose, CA 95113-2238
4  Telephone: (408) 494-0900
   Facsimile: (408) 494-0909
5
   Raymond P. Niro, Esq.
6  Paul K. Vickrey, Esq.
   David J. Sheikh, Esq.
7  Richard B. Megley, Jr., Esq.
   Karen L. Blouin, Esq.
8  NIRO, SCAVONE, HALLER & NIRO
   181 W. Madison St., Suite 4600
9  Chicago, IL 60602
   Telephone: (312) 236-0733
10 Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer Research,
   LLC and Third-Party Defendant/Counterclaimant Scott C. Harris
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    (San Jose Division)

| | |
|---|---|
| 15 ILLINOIS COMPUTER RESEARCH, LLC, | Miscellaneous Action No. CV 5:08-mc-80075-JF (HRL) |
| 16     Plaintiff and Counterclaim Defendant, | |
| 17 v. | [Action pending in the United States District Court for the Northern District of Illinois as Case No. 07 C 5081] |
| 18 FISH & RICHARDSON P.C., | |
| 19     Defendant, Counterclaimant and Third-Party Plaintiff, | **ORDER GRANTING PAUL K. VICKREY'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| 20 | |
| 21 v. | |
| 22 SCOTT C. HARRIS, | |
| 23     Third-Party Defendant and Counterclaimant, | |
| 24 v. | |
| 25 FISH & RICHARDSON P.C., | |
| 26     Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant. | |

ORIGINAL

1

PROPOSED ORDER

Proposed_OrderProHacVice.doc

1  Paul K. Vickrey, an active member in good standing of the bar of Illinois, whose business address and telephone number are 181 West Madison Street, Suite 4600, Chicago, Illinois 60601, (312) 236-0733, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Illinois Computer Research, LLC, Plaintiff and Counterclaim defendant and Scott C. Harris, Third-Party-Defendant and Counterclaimant.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

Dated: April ___, 2008

```
                                        _____
                                        HONORABLE MAGISTRATE JUDGE
                                        HOWARD LLOYD
```