1  Peter M. Rehon (SBN 100123)
   Mark V. Isola (SBN 154614)
2  REHON & ROBERTS
   A Professional Corporation
3  Ten Almaden Blvd., Suite 550
   San Jose, CA 95113-2238
4  Telephone: (408) 494-0900
   Facsimile: (408) 494-0909
5
   Raymond P. Niro, Esq.
6  Paul K. Vickrey, Esq.
   David J. Sheikh, Esq.
7  Richard B. Megley, Jr., Esq.
   Karen L. Blouin, Esq.
8  NIRO, SCAVONE, HALLER & NIRO
   181 W. Madison St., Suite 4600
9  Chicago, IL 60602
   Telephone: (312) 236-0733
10
   Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer
11 Research, LLC and Third-Party Defendant/Counterclaimant Scott C. Harris

FILED
2008 APR 29  A 11: 07
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    (San Jose Division)

15 | ILLINOIS COMPUTER RESEARCH, LLC, | Case No. CV08-80075 MISC.
16 | Plaintiff and Counterclaim Defendant, | [Action pending in the United States District Court for the Northern District of Illinois as Case No. 07 C 5081]
17 | v.
18 | FISH & RICHARDSON P.C., | PROOF OF SERVICE
19 | Defendant, Counterclaimant and Third-Party Plaintiff,
20 |
21 | v.
22 | SCOTT C. HARRIS,
23 | Third-Party Defendant and Counterclaimant,
24 | v.
25 | FISH & RICHARDSON P.C.,
26 | Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant.
27
28
                              1                             042908.doc

PROOF OF SERVICE

ORIGINAL

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within cause; that I am employed in Santa Clara County and my business address is *Rehon & Roberts, Ten Almaden Boulevard, Suite 550, San Jose, CA 95113.*

On April 29, 2008, I served the following documents by the method(s) below:

1. APPLICATION OF KAREN L. BLOUIN, A NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE;

2. ORDER GRANTING KAREN L. BLOUIN'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE;

3. APPLICATION OF RICHARD B. MEGLEY, JR., A NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE;

4. ORDER GRANTING RICHARD B. MEGLEY, JR.'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE;

5. APPLICATION OF PAUL K. VICKREY, A NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE; and

6. ORDER GRANTING PAUL K. VICKREY'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE.

☐ by transmitting via facsimile on this date from fax number (408) 494-0909 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete without error.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

1 ☐ By electronically transmitting document(s) above to parties as set forth below.

| | |
|---|---|
| **David J. Bradford, Esq.**<br>**Jenner & Block LLP**<br>**330 N. Wabash Avenue**<br>**Chicago, IL 60611-7603** | Attorneys for Fish & Richardson, P.C. |
| **Howard Holderness, Esq.**<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>**1 Market Street, Spear Tower, 25th Floor**<br>**San Francisco, CA 94105** | Attorneys for Richard Frenkel and Cisco Systems, Inc. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 29, 2008, at San Jose, California.

_____
NANCY WONG

PROOF OF SERVICE

3

042908.doc