UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant and Third<br>    Party Plaintiff,<br><br>vs.<br><br>SCOTT C. HARRIS,<br>    Third-Party Defendant and<br>    Counterclaimant<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant, Third<br>    Party Plaintiff and Counterclaim<br>    Defendant | Miscellaneous Action No.<br>CV 5:08-mc-80075-JF (HRL)<br><br>**[PROPOSED] ORDER GRANTING RICHARD FRENKEL'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL DECLARATIONS IN SUPPORT OF MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER** |

Came on to be considered Richard Frenkel's Motion for Leave to Submit Supplemental Declarations in Support of Motion to Quash Subpoena and for Protective Order ("Motion"). Having reviewed the Motion, opposition thereto, all other relevant pleadings and papers filed in this action, and the argument of counsel, the Court issues the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED in all respects.

Dated: _____

_____
MAGISTRATE JUDGE HOWARD LLOYD