ORIGINAL

1  Peter M. Rehon (SBN 100123)
   Mark V. Isola (SBN 154614)
2  REHON & ROBERTS
   A Professional Corporation
3  Ten Almaden Blvd., Suite 550
   San Jose, CA 95113-2238
4  Telephone: (408) 494-0900
   Facsimile: (408) 494-0909
5
   Raymond P. Niro, Esq.
6  Paul K. Vickrey, Esq.
   David J. Sheikh, Esq.
7  Richard B. Megley, Jr., Esq.
   Karen L. Blouin, Esq.
8  NIRO, SCAVONE, HALLER & NIRO
   181 W. Madison St., Suite 4600
9  Chicago, IL 60602
   Telephone: (312) 236-0733
10 Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer Research,
   LLC and Third-Party Defendant/Counterclaimant Scott C. Harris

RECEIVED
2008 APR 29 AM 11: 05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

*ORDER E-FILED 4/30/2008*

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                   (San Jose Division)

15 ILLINOIS COMPUTER RESEARCH, LLC,        | Miscellaneous Action No.
                                            | CV 5:08-mc-80075-JF (HRL)
16     Plaintiff and Counterclaim Defendant,|
                                            | [Action pending in the United States
17     v.                                   | District Court for the Northern District
                                            | of Illinois as Case No. 07 C 5081]
18 FISH & RICHARDSON P.C.,                  |
                                            | ORDER GRANTING KAREN L.
19     Defendant, Counterclaimant and Third-Party | BLOUIN'S APPLICATION FOR
       Plaintiff,                           | ADMISSION OF ATTORNEY *PRO
20                                          | HAC VICE*
       v.                                   |
21
22 SCOTT C. HARRIS,
23     Third-Party Defendant and Counterclaimant,
24     v.
25 FISH & RICHARDSON P.C.,
26     Defendant, Counterclaimant, Third-Party
       Plaintiff and Counterclaim Defendant.

                                    1                    Proposed_OrderProHacVice.doc

~~PROPOSED~~ ORDER

1  Karen L. Blouin, an active member in good standing of the bar of Illinois, whose business
2  address and telephone number are 181 West Madison Street, Suite 4600, Chicago, Illinois 60601,
3  (312) 236-0733, having applied in the above-entitled action for admission to practice in the
4  Northern District of California on a *pro hac vice* basis, representing Illinois Computer Research,
5  LLC, Plaintiff and Counterclaim defendant and Scott C. Harris, Third-Party-Defendant and
6  Counterclaimant.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9  *vice*. **All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.**
10  Service of papers upon and communication with co-counsel designated in the application
11  will constitute notice to the party.

13  Dated: April 30, 2008

    _____
    HONORABLE MAGISTRATE JUDGE
    HOWARD LLOYD

~~PROPOSED~~ ORDER