ORIGINAL

| | |
|---|---|
| 1  Peter M. Rehon (SBN 100123)<br>   Mark V. Isola (SBN 154614)<br>2  REHON & ROBERTS<br>   A Professional Corporation<br>3  Ten Almaden Blvd., Suite 550<br>   San Jose, CA 95113-2238<br>4  Telephone: (408) 494-0900<br>   Facsimile: (408) 494-0909 | RECEIVED<br>2008 APR 29 AM 11:06<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST OF CA. S.J. |

5

6  Raymond P. Niro, Esq.
   Paul K. Vickrey, Esq.                    *ORDER E-FILED 4/30/2008*
   David J. Sheikh, Esq.
7  Richard B. Megley, Jr., Esq.
   Karen L. Blouin, Esq.
8  NIRO, SCAVONE, HALLER & NIRO
   181 W. Madison St., Suite 4600
9  Chicago, IL 60602
   Telephone: (312) 236-0733
10 Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer Research,
   LLC and Third-Party Defendant/Counterclaimant Scott C. Harris

11

12                      UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                              (San Jose Division)

| | |
|---|---|
| 15  ILLINOIS COMPUTER RESEARCH, LLC, | Miscellaneous Action No.<br>CV 5:08-mc-80075-JF (HRL) |
| 16       Plaintiff and Counterclaim Defendant, | |
| 17       v. | [Action pending in the United States District Court for the Northern District of Illinois as Case No. 07 C 5081] |
| 18  FISH & RICHARDSON P.C., | |
| 19       Defendant, Counterclaimant and Third-Party Plaintiff, | ORDER GRANTING RICHARD B. MEGLEY, JR.'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| 20 | |
| 21       v. | |
| 22  SCOTT C. HARRIS, | |
| 23       Third-Party Defendant and Counterclaimant, | |
| 24       v. | |
| 25  FISH & RICHARDSON P.C., | |
| 26       Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant. | |

27

28

                                         1                    Proposed_OrderProHacVice.doc

~~PROPOSED~~ ORDER

1  Richard B. Megley, Jr. an active member in good standing of the bar of Illinois, whose
2  business address and telephone number are 181 West Madison Street, Suite 4600, Chicago,
3  Illinois 60601, (312) 236-0733, having applied in the above-entitled action for admission to
4  practice in the Northern District of California on a *pro hac vice* basis, representing Illinois
5  Computer Research, LLC, Plaintiff and Counterclaim defendant and Scott C. Harris, Third-Party-
6  Defendant and Counterclaimant.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9  *vice*. **All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.**
10 Service of papers upon and communication with co-counsel designated in the application
11 will constitute notice to the party.

12

13 Dated: April 30, 2008

14  _____
   HONORABLE MAGISTRATE JUDGE
   HOWARD LLOYD