1  Peter M. Rehon (SBN 100123)
   Mark V. Isola (SBN 154614)
2  REHON & ROBERTS
   A Professional Corporation
3  Ten Almaden Blvd., Suite 550
   San Jose, CA  95113-2238
4  Telephone: (408) 494-0900
   Facsimile: (408) 494-0909
5
   Raymond P. Niro, Esq.
6  Paul K. Vickrey, Esq.
   David J. Sheikh, Esq.
7  Richard B. Megley, Jr., Esq.
   Karen L. Blouin, Esq.
8  NIRO, SCAVONE, HALLER & NIRO
   181 W. Madison St., Suite 4600
9  Chicago, IL 60602
   Telephone: (312) 236-0733
10 Attorneys for Plaintiff/Counterclaim Defendant Illinois Computer Research,
   LLC and Third-Party Defendant/Counterclaimant Scott C. Harris

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        (San Jose Division)

15 ILLINOIS COMPUTER RESEARCH, LLC,        Miscellaneous Action No.
                                           CV 5:08-mc-80075-JF (HRL)
16        Plaintiff and Counterclaim Defendant,
                                           [Action pending in the United States
17        v.                               District Court for the Northern District
                                           of Illinois as Case No. 07 C 5081]
18 FISH & RICHARDSON P.C.,
                                           **ORDER GRANTING PAUL K.
19        Defendant, Counterclaimant and Third-Party   VICKREY'S APPLICATION FOR
          Plaintiff,                       ADMISSION OF ATTORNEY *PRO
20                                         HAC VICE***
          v.
21
   SCOTT C. HARRIS,
22
          Third-Party Defendant and Counterclaimant,
23
          v.
24
   FISH & RICHARDSON P.C.,
25
          Defendant, Counterclaimant, Third-Party
26        Plaintiff and Counterclaim Defendant.

27

28
                                    1                    Proposed_OrderProHacVice.doc

**PROPOSED** ORDER

1    Paul K. Vickrey, an active member in good standing of the bar of Illinois, whose business

2    address and telephone number are 181 West Madison Street, Suite 4600, Chicago, Illinois  60601,

3    (312) 236-0733, having applied in the above-entitled action for admission to practice in the

4    Northern District of California on a *pro hac vice* basis, representing Illinois Computer Research,

5    LLC, Plaintiff and Counterclaim defendant and Scott C. Harris, Third-Party-Defendant and

6    Counterclaimant.

7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

9    *vice*.  **All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.**

10    Service of papers upon and communication with co-counsel designated in the application

11    will constitute notice to the party.

12

13    Dated: April  30, 2008

14    _____
     HONORABLE MAGISTRATE JUDGE
     HOWARD LLOYD

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

~~PROPOSED~~ ORDER