Howard Holderness, CA Bar No. 169814
MORGAN, LEWIS & BOCKIUS LLP
1 Market Street, Spear Tower, 25th Floor
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)

Charles L. Babcock, IV, TX Bar No. 01479500
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Admitted Pro Hac Vice
(713) 752-4200
(713) 752-4221

George L. McWilliams
LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.
TX Bar No. 13877000; AR Bar No. 68078
406 Walnut, P.O. Box 58
Texarkana, ARK-TX 75504-0058
Admitted Pro Hac Vice
(903) 277-0098 (Telephone)
(870) 773-2967 (Facsimile)

Attorneys for Movant
RICHARD FRENKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant and Third Party Plaintiff,<br><br>vs.<br><br>SCOTT C. HARRIS,<br>    Third-Party Defendant and Counterclaimant<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant, Third Party Plaintiff and Counterclaim Defendant | Miscellaneous Action No.<br>CV 5:08-mc-80075-JF (HRL)<br><br>**RICHARD FRENKEL'S NOTICE OF WITHDRAWAL OF ALL PENDING MOTIONS**<br><br>**DATE: MAY 13, 2008**<br>**TIME: 10:00 A.M.**<br>**COURTROOM 2**<br><br>Hon. Magistrate Judge Howard Lloyd |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On May 5, 2008, Illinois Computer Research LLC and Scott C. Harris (collectively "Issuers"), by and through counsel, withdrew the subpoena they issued to Richard Frenkel ("Frenkel") "in light of Mr. Frenkel's April 19, 2008 Declaration in which he swore under oath that he had no communications with anybody at Fish & Richardson concerning the underlying litigation and the related parties." Letter from Paul K. Vickery to Howard Holderness, Charles L. Babcock, and George L. McWilliams (May 5, 2008), attached as Exhibit A to Howard Holderness's Declaration.

Because Issuers have withdrawn their subpoena, Frenkel hereby withdraws all motions pending before the Court. Specifically, Frenkel withdraws his Motion to Quash and For Protective Order (docket no. 4), which is set for oral hearing on May 13, 2008, his Notice of Intent to Use Evidence From Related Case, or in the Alternative, Motion for Leave to Submit Declaration of Richard Frenkel Filed on April 21, 2008 in N.D. Cal. Case No. 5:08-MC-80074-JF-HRL (Docket No. 16) (docket no. 22), and his Motion for Leave to Submit Supplemental Declarations in Support of Motion to Quash Subpoena and For Protective Order (docket no. 31).

Dated: May 7, 2008                    MORGAN, LEWIS & BOCKIUS LLP

                                      By __/s/ Howard Holderness_____
                                          Howard Holderness

                                      Attorneys for Movant
                                      RICHARD FRENKEL

Dated: May 7, 2008                    JACKSON WALKER L.L.P.

                                      By __/s/ Charles L. Babcock_____
                                          Charles L. Babcock

                                      Attorneys for Movant
                                      RICHARD FRENKEL

1     RICHARD FRENKEL'S NOTICE OF WITHDRAWAL OF ALL PENDING MOTIONS

| | |
|---|---|
| Dated: May 7, 2008 | LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C. |
| | By /s/ George L. McWilliams |
| | George L. McWilliams |
| | Attorneys for Movant |
| | RICHARD FRENKEL |