Howard Holderness, CA Bar No. 169814
MORGAN, LEWIS & BOCKIUS LLP
1 Market Street, Spear Tower, 25th Floor
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)

Charles L. Babcock, IV, TX Bar No. 01479500
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Admitted Pro Hac Vice
(713) 752-4200
(713) 752-4221

Attorneys for Movant
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant and Third Party Plaintiff,<br><br>vs.<br><br>SCOTT C. HARRIS,<br>    Third-Party Defendant and Counterclaimant<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant, Third Party Plaintiff and Counterclaim Defendant | Miscellaneous Action No.<br>CV 5:08-mc-80075-JF (HRL)<br><br>**CISCO SYSTEM, INC.'S NOTICE OF WITHDRAWAL OF ALL PENDING MOTIONS**<br><br>**DATE: MAY 13, 2008<br>TIME: 10:00 A.M.<br>COURTROOM 2**<br><br>Hon. Magistrate Judge Howard Lloyd |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On May 5, 2008, Illinois Computer Research LLC and Scott C. Harris (collectively "Issuers"), by and through counsel, withdrew the subpoena they issued to Richard Frenkel ("Frenkel") "in light of Mr. Frenkel's April 19, 2008 Declaration in which he swore under oath that he had no communications with anybody at Fish & Richardson concerning the underlying litigation and the related parties." Letter from Paul K. Vickery to Howard Holderness, Charles L. Babcock, and George L. McWilliams (May 5, 2008), attached as Exhibit A to Howard Holderness's Declaration.

Because Issuers have withdrawn their subpoena, Cisco Systems, Inc. hereby withdraws its Motion to Quash and For Protective Order (docket no. 1), which is set for oral hearing on May 13, 2008.

| | |
|---|---|
| Dated: May 7, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| | By   /s/ Howard Holderness |
| | Howard Holderness |
| | Attorneys for Movant |
| | CISCO SYSTEMS, INC. |
| Dated: May 7, 2008 | JACKSON WALKER L.L.P. |
| | By   /s/ Charles L. Babcock |
| | Charles L. Babcock |
| | Attorneys for Movant |
| | CISCO SYSTEMS, INC. |