Howard Holderness, CA Bar No. 169814
MORGAN, LEWIS & BOCKIUS LLP
1 Market Street, Spear Tower, 25th Floor
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)

Charles L. Babcock, IV, TX Bar No. 01479500
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Admitted Pro Hac Vice
(713) 752-4200 (Telephone)
(713) 752-4221 (Facsimile)

George L. McWilliams
LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.
TX Bar No. 13877000; AR Bar No. 68078
406 Walnut, P.O. Box 58
Texarkana, ARK-TX 75504-0058
Admitted Pro Hac Vice
(903) 277-0098 (Telephone)
(870) 773-2967 (Facsimile)

Attorneys for Movant
RICHARD FRENKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH, LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant and Third Party Plaintiff,<br><br>vs.<br><br>SCOTT C. HARRIS,<br>    Third-Party Defendant and Counterclaimant<br><br>vs.<br><br>FISH & RICHARDSON P.C.,<br>    Defendant, Counterclaimant, Third Party Plaintiff and Counterclaim Defendant | Miscellaneous Action No.<br>CV 5:08-mc-80075-JF (HRL)<br><br>**DECLARATION OF HOWARD HOLDERNESS IN SUPPORT OF RICHARD FRENKEL'S AND CISCO SYSTEMS, INC.'S NOTICES OF WITHDRAWAL OF ALL PENDING MOTIONS** |

1  I, HOWARD HOLDERNESS, declare and state as follows:

2  1.  I am a partner with the law firm of Morgan, Lewis, and Bockius L.L.P. I am counsel for Richard Frenkel and Cisco Systems, Inc. in the above-referenced matter.

3  2.  Attached as "Exhibit A" is a true and correct copy of the letter dated May 5, 2008 from Paul K. Vickery to Howard Holderness, Charles L. Babcock, and George L. McWilliams notifying counsel that Illinois Computer Research LLC and Scott C. Harris have withdrawn the subpoena they issued to Richard Frenkel.

4  3.  I declare under penalty of perjury that the foregoing is true and correct. Executed on May 7, 2008.

_____
HOWARD HOLDERNESS

2   DECLARATION OF HOWARD HOLDERNESS IN SUPPORT
    OF RICHARD FRENKEL'S AND CISCO SYSTEMS, INC.'S
    NOTICES OF WITHDRAWAL OF ALL PENDING MOTIONS

**EXHIBIT A**

## NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS

181 WEST MADISON STREET-SUITE 4600

CHICAGO, ILLINOIS 60602-4635

———

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

May 5, 2008

LEE F. GROSSMAN
PAUL C. GIBBONS
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN
NICHOLAS M. DUDZIAK
KAREN L. BLOUIN
LAURA A. KENNEALLY
TAHITI ARSULOWICZ
———
OF COUNSEL:
THOMAS G. SCAVONE

**Via Electronic Mail**
Howard Holderness
Morgan Lewis
One Market
Spear Street Tower
San Francisco, CA 94105

**Via Electronic Mail**
Charles L. Babcock
Jackson Walker L.L.P.
1401 McKinney
Houston, Texas 77010

**Via Electronic Mail**
George L. McWilliams
Patton, Roberts, McWilliams & Capshaw, L.L.P.
Century Plaza
Suite 400
2900 St. Michael Drive
Texarkana, Texas 75505-6128

Dear Counsel:

In light of Mr. Frenkel's April 19, 2008 Declaration in which he swore under oath that he had no communications with anybody at Fish & Richardson concerning the underlying litigation and the related parties, ICR and Scott Harris are withdrawing their subpoena. Kindly advise the Court that you are withdrawing your Motion to Quash and thus obviating the necessity of the May 13 hearing.

Very truly yours,

Paul K. Vickrey

PKV/kan

cc: David Bradford
    Mark V. Isola