**\*E-FILED 5/8/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ILLINOIS COMPUTER RESEARCH LLC, | No. C08-80075MISC JF (HRL) |
| Plaintiff, | **ORDER (1) VACATING MAY 13, 2008 MOTION HEARING AND (2) TERMINATING ALL PENDING MOTIONS** |
| v. | |
| FISH & RICHARDSON P.C., | |
| Defendant. | |

The court is informed that the subpoena at issue in this matter has been withdrawn, as have all pending motions to quash/for protective order. Accordingly, the motion hearing set for May 13, 2008 is VACATED. All motions pending in this matter will be terminated.

Dated: May 8, 2008

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-mc-80075 Notice has been electronically mailed to:**

Karen L. Blouin kblouin@nshn.com

David J. Bradford djbradford@jenner.com, docketing@jenner.com, fsattelmayer@jenner.com, jdrury@jenner.com, jgreen@jenner.com, rlevy@jenner.com, thooker@jenner.com

Howard Holderness , III hholderness@morganlewis.com, cgreenblatt@morganlewis.com

Mark V. Isola misola@rehonroberts.com, nwong@rehonroberts.com

George L. McWilliams gmcwilliams@pattonroberts.com

Richard B. Megley rmegley@nshn.com

Raymond P. Niro rniro@nshn.com

Eric A. Sacks esacks@jenner.com

Terrence Joseph Truax ttruax@jenner.com

Paul K Vickrey vickrey@nshn.com

Daniel J. Weiss sweiss@jenner.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.